ROBERT COLWELL, as Administrator of the Estate of ROBERT COLWELL, JR., Deceased, Respondent, v. E. R. ALLEN FOUNDRY COMPANY, Appellant.

*Colwell* v. *Allen Foundry Co.*, 139 App. Div. 916, affirmed.
(Argued April 3, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 1, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover broker's commissions.

*James O. Sebring* for appellant.

*George W. Wingate* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

CORA D. THOMPSON, Respondent, v. STANDARD FASHION COMPANY, Appellant.

*Thompson* v. *Standard Fashion Co.*, 128 App. Div. 926, affirmed.
(Argued April 3, 1911; decided April 25, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*Herbert Noble* for appellant.

*Harold Nathan* and *Meyer Greenburg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.